UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| CARL EMERICH, | ) | |
| Plaintiff, | ) | 2:12-cv-01326-GMN-GWF |
| vs. | ) | |
| | ) | **ORDER** |
| DWIGHT NEVEN, *et al.*, | ) | |
| Defendants. | ) | |

Carl Emerich, an individual whose is incarcerated in the High Desert State Prison, submitted a *pro se* Civil Rights Complaint (received July 26, 2012), but has not paid the required filing fee of $350 or filed an application to proceed *in forma pauperis*. Accordingly, this action is **DISMISSED**, without prejudice. The Clerk shall enter judgment accordingly.

DATED this 30th day of July, 2012.

Gloria M. Navarro
United States District Judge