1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**

9                          **DISTRICT OF NEVADA**

10

11   CARL EMERICH,                          )
                                            )
12               Plaintiff,                  )          2:12-cv-01326-GMN-GWF
                                            )
13   vs.                                     )
                                            )          **ORDER**
14   DWIGHT NEVEN, *et al.*,                 )
                                            )
15               Defendants.                 )
     _____/

16

17          Carl Emerich, an individual whose is incarcerated in the High Desert State Prison, submitted

18   a *pro se* Civil Rights Complaint (received July 26, 2012), but has not paid the required filing fee of

19   $350 or filed an application to proceed *in forma pauperis.*  Accordingly, this action is **DISMISSED**,

20   without prejudice.  The Clerk shall enter judgment accordingly.

21          DATED this 30th day of July, 2012.

22

23

24                                                     _____
                                                       Gloria M. Navarro
25                                                     United States District Judge

26